27 So.2d 55

### Edna BROOKS v. STATE.

#### 8 Div. 354.

Supreme Court of Alabama.
June 27, 1946.

Rehearing Denied Aug. 2, 1946.

Melvin Hutson and S. A. Lynne, both of Decatur, for petitioner.

Wm. N. McQueen, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Edna Brooks for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Brooks v. State, 27 So.2d 48.

Writ denied.

All the Justices concur.